UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALICIA FREEMAN,

      Plaintiff,

v.                                              Case No: 6:22-cv-1809-EJK

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (the "Motion") (Doc. 26), filed April 5, 2023. Therein, Defendant requests that the case be reversed and remanded to the Commissioner of Social Security, pursuant to sentence four[1] of 42 U.S.C. § 405(g), for the following reasons:

> On remand, the Commissioner will evaluate the opinion evidence, including that from Dr. William Eyring and Dr. Whitney Legler; obtain supplemental vocational expert testimony if needed; and issue a new decision.

(*Id.* at 1.) Upon consideration, the Court will grant the Motion.

---

[1] A "sentence-four" remand refers to the fourth sentence of 42 U.S.C. § 405(g). Sentence four authorizes the Court to enter a "judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Accordingly, it is hereby **ORDERED** that:

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 26) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the aforementioned reasons.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk is **DIRECTED** to enter a separate judgment in favor of Plaintiff and close the case.

**DONE** and **ORDERED** in Orlando, Florida on April 6, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE